IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00655-MSK-MJW

SUE HONG,

Plaintiff,

v.

URBAN PROPERTY MANAGEMENT, INC., ET AL.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant Urban Property Management, Inc. and PT Housing, LP's Unopposed Motion to Amend Answer and Jury Demand (Docket No. 17) is granted, and the tendered Amended Answer and Jury Demand (Docket No. 17-3) is accepted for filing as of the date of this Minute Order.

Date: July 2, 2008