IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00655-MSK-MJW

SUE HONG,

      Plaintiff,

v.

URBAN PROPERTY MANAGEMENT, INC., a Colorado corporation, individually and as agent for PT Housing LP,
PT HOUSING LP (d/b/a PARK TERRACE APARTMENTS), a Maine limited partnership,

      Defendants.
_____

**ORDER GRANTING MOTION TO DISMISS PARTY**
_____

THIS MATTER comes before the Court on the Plaintiff's Voluntary and Unopposed Motion to Dismiss Defendant John Martin Pursuant to Fed.R.Civ.P. 41(a) (Motion). The Motion is GRANTED and Defendant John Martin is dismissed as a party to this action. All future captions shall so reflect.

DATED this 22nd day of August, 2008.

                                                    **BY THE COURT:**

                                                    Marcia S. Krieger
                                                    United States District Judge