IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00655-CMA-MJW

SUE HONG,

Plaintiff,

v.

URBAN PROPERTY MANAGEMENT, INC., ET AL.,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby **ORDERED** that Plaintiff's Motion for Protective Order (docket no. 35) is **DENIED**. Plaintiff selected and chose the forum to bring her lawsuit. Plaintiff has asserted ten claims for relief in her complaint. Plaintiff is seeking a total of $300,000 in alleged damages against the Defendants. That pursuant to U.S. v. Rock Springs Vista Development, 185 F.R.D. 603 (D. Nev. 1999), and Srebnik v. Dean, 2006 WL 2331014 (D. Colo. June 20, 2006), in order for Plaintiff to avoid appearing for deposition in Colorado where she filed her lawsuit, she must prove that requiring her to appear would constitute extreme hardship. Plaintiff has failed to demonstrate "extreme hardship." Plaintiff has retained private counsel to represent her in this case. An airfare from Jackson, Mississippi, to Denver, Colorado, and a roughly two- to three-hour flight is not "extreme hardship."

Date: November 3, 2008