# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE CHRISTINE M. ARGUELLO

Courtroom Deputy: Valeri P. Barnes  Date: November 24, 2008
Court Reporter: Darlene Martinez

---

Civil Action No. 08-cv-00655-CMA-MJW

| *Parties:* | *Counsel:* |
|---|---|
| SUE HONG, | Gary M. Jackson |
| Plaintiff, | |
| v. | |
| URBAN PROPERTY MANAGEMENT, INC., a Colorado corporation, individually and as agent for PT Housing LT; and PT HOUSING LP (d/b/a park Terrace Apartments), a Maine limited partnership, | Brad Ross-Shannon |
| Defendants. | |

---

## COURTROOM MINUTES
---
HEARING: Motion

**1:37 p.m.   Court in session**.

Also present: Plaintiff Sue Hong.

Mr. Jackson requests a recess to discuss Plaintiff's Motion to Dismiss with plaintiff.

**1:39 p.m.   Court in recess**.
**2:23 p.m.   Court in session**.

Plaintiff states that her Motion to Dismiss is a voluntary decision after having been fully advised.

Mr. Ross-Shannon states that the defendants will waive costs if the case is dismissed

with prejudice, but retrain their right to seek costs at a later date if the case is dismissed without prejudice.

**ORDER:** Plaintiff's Motion to Dismiss **(60)** is **granted without prejudice**.

**2:33 p.m.** **Court in recess/hearing concluded**.

Total in-court time: 00:12